# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.: **ED CV 17-38-PSG (PLA)**  Date: **July 31, 2017**

Title:  **Domonic Antonio Cooper v. Deputy Roche, et al.**

---

**PRESENT:** THE HONORABLE  **PAUL L. ABRAMS**
**UNITED STATES MAGISTRATE JUDGE**

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANT(S):**
NONE

**PROCEEDINGS:**    (IN CHAMBERS)

On June 12, 2017, the Court notified plaintiff that defendant Dr. Kumbhani was no longer an employee of the County of San Bernardino, and as such the U.S. Marshals Service had not been able to serve him with the Summons and First Amended Complaint in this action. Plaintiff was ordered to furnish the Court and the U.S. Marshals Service with alternate service information for defendant Kumbhani no later than July 12, 2017. To date, plaintiff has not done so. Accordingly, **no later than August 14, 2017**, plaintiff is ordered to show cause why defendant Kumbhani should not be dismissed from this action.

cc:    Domonic Antonio Cooper, pro se
       Adam Lee Miederhoff, San Bernardino County Counsel

Initials of Deputy Clerk    ch