UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| DOMONIC ANTONIO COOPER, | ) | No. ED CV 17-38-PSG (PLA) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| DEPUTY ROCHE, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that defendants' Motion for Summary Judgment is granted, and this action is dismissed with prejudice.

DATED: 10/9/18

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE